OPINION — AG — ** MERIT SYSTEM — NEPOTISM ** THE OPINION NO. JANUARY 10, 1963 AND OPINION NO. JANUARY 28, 1963, OPINIONS EXEMPTING EMPLOYEES OF THE MERIT SYSTEM OF THE PERSONNEL ADMINISTRATION FROM THE NEPOTISM PROHIBITION OF 21 O.S. 484 [21-484] ARE CURRENTLY VALID. (NEPOTISM, MERIT SYSTEM) CITE: 21 O.S. 481 [21-481], 21 O.S. 483 [21-483] [21-483], 21 O.S. 482 [21-482], 74 O.S. 837 [74-837] (MIKE D. MARTIN) ** SEE: OPINION NO. 75-155 (1975) **